Certificate Number: 13858-PAM-DE-030503596

Bankruptcy Case Number: 13-01288



13858-PAM-DE-030503596

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 30, 2018, at 8:07 o'clock PM EST, David Ray Fordyce completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 30, 2018

By: /s/Wendel Ruegsegger

Name: Wendel Ruegsegger

Title: Counselor

Certificate Number: 13858-PAM-DE-030503595

Bankruptcy Case Number: 13-01288


13858-PAM-DE-030503595

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 30, 2018, at 8:07 o'clock PM EST, Brenda Kay Fordyce completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 30, 2018

By: /s/Wendel Ruegsegger

Name: Wendel Ruegsegger

Title: Counselor