```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 13-01288-RNO
David Ray Fordyce                                                   Chapter 13
Brenda Kay Fordyce
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: CGambini            Page 1 of 1           Date Rcvd: Oct 03, 2018
                              Form ID: pdf010           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2018.
```
              #+FIRST SELECT INC,    1415 ARVILLE ST STE 102,    LAS VEGAS, NV 89102-0536
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2018 at the address(es) listed below:
```
              Alexandra Teresa Garcia    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Corey M Lamoureux    on behalf of Creditor    Jonestown Bank and Trust Company
               clamoureux@reillywolfson.com,    lalonzo@reillywolfson.com
              Dorothy L Mott    on behalf of Debtor 1 David Ray Fordyce DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Dorothy L Mott    on behalf of Debtor 2 Brenda Kay Fordyce DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Joshua I Goldman    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin T McQuail    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
              Paul C Bametzreider    on behalf of Creditor    Jonestown Bank and Trust Company
               paulb@reillywolfson.com,    edonohue@reillywolfson.com
              Thomas I Puleo    on behalf of Creditor    Bank of America, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Toyota Motor Credit Corporation    Valerie_Sato@toyota.com,    Nicole_Rivas@toyota.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Toyota Motor Credit Corporation
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 12
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DAVID RAY FORDYCE | : | |
| BRENDA KAY FORDYCE | : | CASE NO. 1:13-bk-01288 |
| fka Brenda Kay Strunge; fka Brenda Kay Albright, | : | |
| Debtors | : | |
| | : | |
| DAVID RAY FORDYCE | : | |
| BRENDA KAY FORDYCE | : | |
| fka Brenda Kay Strunge; fka Brenda Kay Albright, | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| FIRST SELECT INC, | : | |
| Respondent | : | |

## O R D E R

UPON consideration of the foregoing Motion to Avoid Judgment of Respondent under Section 522(f) of the Bankruptcy Code , it is hereby
ORDERED AND DECREED that the relief prayed for in the Motion be, and hereby is granted, to wit, the judgment of FIRST SELECT INC in the approximate amount of $10,738.16 entered in Cumberland County at docket number # 2001-2679 be and hereby is avoided; it is further
ORDERED AND DECREED that a certified copy of this Order may be filed with the Prothonotary of Cumberland County and the Prothonotary is directed to terminate the judgment in the judgment indices.

Dated:   October 02, 2018          By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (BI)