```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                    Case No. 13-01288-RNO
David Ray Fordyce                                         Chapter 13
Brenda Kay Fordyce
        Debtors                    **CERTIFICATE OF NOTICE**

```
District/off: 0314-1          User: CGambini          Page 1 of 1              Date Rcvd: Nov 15, 2018
                              Form ID: fnldec          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2018.
db/jdb          +David Ray Fordyce,   Brenda Kay Fordyce,   1012 E Lisburn Road,   Mechanicsburg, PA 17055-5929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                              Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          Corey M Lamoureux    on behalf of Creditor    Jonestown Bank and Trust Company
           clamoureux@reillywolfson.com,   lalonzo@reillywolfson.com
          Dorothy L Mott    on behalf of Debtor 1 David Ray Fordyce DorieMott@aol.com,
           KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
          Dorothy L Mott    on behalf of Debtor 2 Brenda Kay Fordyce DorieMott@aol.com,
           KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
          Joshua I Goldman    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin T McQuail    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
          Paul C Bametzreider    on behalf of Creditor    Jonestown Bank and Trust Company
           paulb@reillywolfson.com,   edonohue@reillywolfson.com
          Thomas I Puleo    on behalf of Creditor    Bank of America, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Toyota Motor Credit Corporation    Valerie_Sato@toyota.com,   Nicole_Rivas@toyota.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig    on behalf of Creditor    Toyota Motor Credit Corporation
           ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                              TOTAL: 12
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

David Ray Fordyce,                                          Chapter          13

        **Debtor 1**

Brenda Kay Fordyce,                                         Case No.         1:13−bk−01288−RNO
fka Brenda Kay Strunge, fka Brenda Kay Albright,

        **Debtor 2**


Social Security No.:

        xxx−xx−4085        xxx−xx−8082

Employer's Tax I.D. No.:


# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  November 15, 2018        By the Court,

        *Robt N. Opel II*

        Honorable Robert N. Opel, II
        United States Bankruptcy Judge
        By: CGambini, Deputy Clerk


**fnldec** (05/18)